**INDICTMENT**                                        **CT. I: CONSPIRACY § 97-1-1**
                                                                                **CT. II: CAPITAL MURDER § 97-3-19**

**STATE OF MISSISSIPPI**

                                                                                    **CAUSE NO. 2019-0061**

**COUNTY OF WASHINGTON**

In the Circuit Court of Washington County, Fourth District, at the April 2019 Term.

THE GRAND JURORS of the State of Mississippi, taken from the body of the good and lawful men and women of Washington County, duly elected, empaneled, sworn and charged at the April 2019 Grand Jury Term of the Circuit Court, to inquire in and for the body of Washington County, in the name and by the authority of the State of Mississippi, upon their oaths, present that, in:

### COUNT I

EUGENE SANDERS, RODERICK PAYNE, JESSICA FRYEAR, and APRIL MILLER, each acting in concert one with the others, on or about the 19th day of July, 2017, in Washington County, Mississippi, did intentionally, willfully, unlawfully, and feloniously combine, confederate, collude, plan, and agree to commit the crime of Robbery as defined in Section 97-3-79 of the Mississippi Code, in violation of Section 97-1-1 of the Mississippi Code of 1972, as annotated and amended, and against the peace and dignity of the State of Mississippi;


EXHIBIT A

## COUNT II

**EUGENE SANDERS, RODERICK PAYNE, JESSICA FRYEAR, and APRIL MILLER**, each acting in concert one with the others, on or about the 19th day of July, 2017, in Washington County, Mississippi, did willfully, unlawfully, and feloniously kill Frederick Formigioni, a human being, while engaged in the commission of the crime of Robbery, as defined in Section 97-3-79 of the Mississippi Code, in violation of Section 97-3-19, Subsection (2)(e) of the Mississippi Code of 1972, as annotated and amended, and against the peace and dignity of the State of Mississippi.

A TRUE BILL

_____   _____
ASSISTANT DISTRICT ATTORNEY        FOREMAN OF THE GRAND JURY

Filed and recorded the ___18___ day of ___June___, 2019.

Circuit Clerk _____



Page 2 of 2