## AFFIDAVIT

**PERSONALLY APPEARED** before me, the undersigned authority in and for the jurisdiction aforesaid, Connie Raymond, who has been by me first duly sworn, states on oath, as follows:

1. I am over the age of eighteen (18). I am making the following statement of my own free will without any undue influence or pressure from anyone. That the following statement is true and correct and I sign this affidavit under penalty of perjury of law.

2. That prior July 19, 2017, I was at the Budget Inn in Greenville, MS, with April Miller. I am not certain of any particular date but it was prior to the murder of Fredrick Formigoni. That April Miller had Investigator, Jarrell Evans, on the phone with her and she had him on speaker phone. I am familiar with and I know what Investigator Jarrell Evans looks like and I know the sound of his voice. That while on the phone with Investigator Evans, they were planning to engage in sexual intercourse at the Budget Inn where April and I were located.

3. That April Miller asked me to leave so that Investigator, Jarrell Evans, could come to the motel where we were so that they could have sex. That I honored her request and I left the motel. I did not see Jarrell Evans come to the motel but I did hear the conversation between April Miller and Detective Jarrell Evans.



4.  That I am willing to speak with federal investigators to give a statement about this matter. I am aware that if I lie to federal investigators that I could be charged criminally with lying. That the facts set forth in this affidavit are true and correct.

This the 21st day of May, 2021.

_____
Connie Raymond,

SWORN TO AND SUBSCRIBED before me this the 21st day of May, 2021.

**Barbara Esters-Parker**
NOTARY PUBLIC

(SEAL) 

MY COMMISSION EXPIRES:

01/01/2024