## IN THE CIRCUIT COURT OF WASHINGTON COUNTY, MISSISSIPPI

**STATE OF MISSISSIPPI**

**V.**                                                          **CAUSE NO. 2019-0061**

**JESSICA FRYREAR,**
**RODERICK PAYNE, AND**
**EUGENE SANDERS**

Received & Filed

AUG 03 2021

Barbara Esters Parker

By:_____ D.C.

### JURY AND VERIDICT OF NOT GUILTY

THIS DAY came the District Attorney, who prosecutes for the State, and came also the

defendants Jessica Fryrear, Roderick Payne, and Eugene Sanders, in their own proper persons

and represented by counsel and said defendants having been formerly arraigned on an indictment

herein presently charging them with Count I – Conspiracy and Count II – Capital Murder, and

having entered a plea of NOT GUILTY thereto, and both the State and defendants having

announced ready for trial on said charge of indictment, whereupon there came a jury composed

of twelve true and lawful men and women electors of Washington County, Mississippi, who

having been accepted by both sides and specially sworn to try the issue joined between the State

and the defendants on said charge, and the jury having heard the evidence for both sides and

having been instructed by the Court having heard argument of counsel, returned to consider of

their verdict, when they presently returned into open Court with their verdict as follows:

"We the Jury find the Defendant Eugene Sanders not guilty of Count 1."

"We the Jury find the Defendant Eugene Sanders not guilty of Count 2."

"We the Jury find the Defendant Roderick Payne not guilty of Count 1."

"We the Jury find the Defendant Roderick Payne not guilty of Count 2."

1

BOOK # 306 PAGE # 544



EXHIBIT
C

"We the Jury find the Defendant Jessica Fryrear not guilty of Count 1."

"We the Jury find the Defendant Jessica Fryrear not guilty of Count 2."

ORDERED AND ADJUDGED this the 23rd day of July, 2021.

CIRCUIT   JUDGE

BOOK # 304 PAGE # 545