

**UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
NORTHERN DISTRICT OF MISSISSIPPI**

**DAVID CREWS
CLERK**

203 Gilmore Drive
Amory, MS   38821

Telephone: (662) 369-4952

911 Jackson Avenue, Suite 369
Oxford, MS   38655
Telephone: (662) 234-1971

305 Main Street, Suite 329
Post Office Box 190
Greenville, MS   38701

August 22, 2022

Jessica Fryrear

v.                                                                         Case No. 4:22cv112-MPM-DAS

Washington County, Mississippi, et al

    **PLEASE TAKE NOTICE** that the court file does not show that a summons has been served on the following party(ies):

    Washington County, Mississippi
    Jarrell Evans
    Cedrick Adams

DAVID CREWS, CLERK

By:   s/ Jennifer L. Adams
        Deputy Clerk/Case Manager