AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Mississippi

| | |
|---|---|
| JESSICA FRYREAR<br><br>*Plaintiff(s)*<br>v.<br>WASHINGTON COUNTY, MISS., JARRELL EVANS and CEDRICK ADAMS, in Their Individual Capacities for State Law Claims<br><br>*Defendant(s)* | Civil Action No. 4:22cv112-MPM-DAS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CEDRICK ADAMS
WASHINGTON COUNTY SHERIFF'S DEPARTMENT
903 WEST ALEXANDER STREET
GREENVILLE, MS 38701-3706

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: JIM WAIDE
WAIDE & ASSOCIATES, P.A.
P.O. BOX 1357
TUPELO, MS 38802

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

David Crews
*CLERK OF COURT*

Date: 7/22/2022

s/ Jennifer L. Adams
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:22cv112-MPM-DAS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Cedrick Adams, Washington County Sheriffs Department was received by me on *(date)* Aug 6, 2022, 3:00 pm.

[X] I personally served the summons on the individual at *(place)* 903 Alexander St. Greenville, MS 38701 on *(date)* Wed, Aug 10 2022 ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

[ ] I returned the summons unexecuted because: _____ ; or

[ ] Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 8/10/22

*Server's signature*

Joseph Chillis       Private Process Server

*Printed name and title*

429 E Commerce St # 205 Hernando MS 38632

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Aug 10, 2022, 11:00 am CDT at 903 Alexander St. Greenville, MS 38701 received by Cedrick Adams. Ethnicity: African American; Gender: Male; Weight: 180; Height: 5'9"; Hair: Black; Eyes: Brown;
Served Cedric Adams at the Sheriffs Department.