UNITED STATES DISTRICT COURT
IN THE
NORTHERN DISTRICT OF MISSISSIPPI

JESSICA FRYREAR                                                                    PLAINTIFF

V.                                    CIVIL ACTION NO.: **4:22cv112-MPM-DAS**

WASHINGTON COUNTY, MISSISSIPPI,
JARRELL EVANS and CEDRICK ADAMS,
in Their Individual Capacities for State Law
Claims                                                                              DEFENDANTS

## MOTION FOR EXTENSION OF TIME
## TO FILE ANSWER AND DEFENSES

COMES NOW Defendants, Washington County, Mississippi, Jarrell Evans and Cedrick Adams, by and through counsel and move the Court for an extension of time to file answer and defenses and/or otherwise plea and in support hereof would show the following:

1.     Defendants are required to file answer and defenses on various dates from August 29, 2022 through September 7, 2022.

2.     Defendants request that the deadline for all defendants to file answer and defenses be extended through September 23, 2022.

3.     That counsel for Defendants has conferred with counsel for Plaintiff who states that he does not oppose the motion.

WHEREFORE, PREMISES CONSIDERED, Defendants move the Court to extend the time to file answer and defenses through September 23, 2022.

Respectfully submitted, this the 24th day of August, 2022.

        */s/* Willie Griffin
        Willie Griffin, MSB #5022
        **BAILEY & GRIFFIN, P. A.**
        P. O. Box 189
        Greenville, MS 38702-0189
        Telephone: (662) 335-1966
        Email: wgriffinlawyer@aol.com

        ATTORNEY FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I, Willie Griffin, Attorney for Plaintiffs, Washington County, Mississippi, Jarrell Evans and Cedrick Adams, in their individual capacities for State law claims, hereby certified that I have caused a copy of the foregoing motion for extension of time to file answer and defenses to be served on the following counsel, via ECF.

    Jim Waide, Esq.
    Waide & Associates, P. A.
    P. O. Box 1357
    Tupelo, MS 38802
    waide@waidelaw.com

This the 24th day of August, 2022.

        */s/* Willie Griffin
        Willie Griffin