IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

JESSICA FRYREAR                                                                           PLAINTIFF

v.                                               CIVIL ACTION NO.: 4:22-CV-112-MPM-DAS

WASHINGTON COUNTY, MISSISSIPPI
JARRELL EVANS AND CEDRICK ADAMS,
in Their Individual Capacities for State Law
Violations Only                                                      DEFENDANTS

**ENTRY OF APPEARANCE**

**NOW COMES** Daniel J. Griffith of the firm Jacks Griffith Luciano, P.A., Cleveland, Mississippi, being a member in good standing of the Bar of the State of Mississippi and duly admitted to this Court, enters his appearance as counsel of record for Defendants Washington County, Mississippi, and Cedrick Adams, In His Individual Capacity.

**RESPECTFULLY SUBMITTED** this the 21st day of September, 2022.

                                                       **JACKS GRIFFITH LUCIANO, P.A.**

                               By:     /s/ *Daniel J. Griffith*
                                                       Daniel J. Griffith, MS Bar No. 8366
                                                       Attorney for Defendants Washington County,
                                                       MS and Cedrick Adams, Individually

Of Counsel:

**JACKS GRIFFITH LUCIANO, P.A.**
150 North Sharpe Avenue
P. O. Box 1209
Cleveland, MS 38732
Phone No. 662-843-6171
FAX No. 662-843-6176
Email: dgriffith@jlpalaw.com

## **CERTIFICATE OF SERVICE**

I, Daniel J. Griffith, attorney of record for Defendants, do hereby certify that I have this day caused a true and correct copy of the above and foregoing *Entry of Appearance* to be delivered by the ECF Filing System which gave notice to the following:

> Jim Waide, Esq.
> Waide & Associates, P.A.
> Email: waide@waidelaw.com
> **Attorneys for Plaintiff**
>
> William Robert Allen, Esq.
> Allen, Allen, Breeland & Allen, PLLC
> Email: will.allen@aabalegal.com
> **Attorney for Jarrell Evans, Individually**
>
> Willie Griffin, Esq.
> Bailey & Griffin
> Email: wgriffinlawyer@aol.com
> **Attorney for Defendants**

**DATED** this 21st day of September, 2022.

/s/ ***Daniel J. Griffith***
Daniel J. Griffith