IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**JESSICA FRYREAR**                                                                                         **PLAINTIFF**

v.                                          **CIVIL ACTION NO.: 4:22-CV-112-MPM-DAS**

**WASHINGTON COUNTY, MISSISSIPPI**
**JARRELL EVANS AND CEDRICK ADAMS,**
**in Their Individual Capacities for State Law**
**Violations Only**                                                                 **DEFENDANTS**

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

This cause came to be heard on Motion of Defendants Washington County, Mississippi, and Cedrick Adams requesting an extension to and including October 24, 2022, in which to file their responsive pleading to the Complaint filed by the Plaintiff in this case, and being advised in the premise and finding that this request is made for good cause shown and the requested relief is well taken, IT IS, HEREBY, ORDERED that the Defendants Washington County, Mississippi, and Cedrick Adams be granted an extension to and including October 24, 2022, to file their responsive pleading in the above styled cause.

This the 21st day of September, 2022.

                                              /s/ David A. Sanders
                                              UNITED STATES MAGISTRATE JUDGE