IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

JESSICA FRYREAR                                                    PLAINTIFF

VS.                              CAUSE NO.: 4:22-cv-00112-MPM-DAS

WASHINGTON COUNTY, MISSISSIPPI,
JARRELL EVANS and CEDRICK ADAMS
in Their Individual Capacities for State Law
Violations Only                                        DEFENDANTS

## ENTRY OF APPEARANCE

Comes now, the undersigned, Katelyn A. Riley, of Allen, Allen, Breeland & Allen, PLLC, and hereby enters her appearance as one of the attorneys for the, Defendants, Jarrell Evans and Cedrick Adams.

**DATE:**        September 23, 2022.

                                                                             Respectfully submitted,

                                                                             **JARRELL EVANS AND**
                                                                             **CEDRICK ADAMS**

                                                                             By:      /s/ Katelyn A. Riley
                                                                                        One of Their Attorneys

WILLIAM R. ALLEN (MSB # 100541)
KATELYN A. RILEY (MSB # 105115)
Allen, Allen, Breeland & Allen, PLLC
P. O. Box 751
Brookhaven, MS 39602-0751
Tel. 601-833-4361
Fax 601-833-6647
wallen@aabalegal.com
kriley@aabalegal.com

**CERTIFICATE**

I, the undersigned of Allen, Allen, Breeland & Allen, PLLC, one of the attorneys for defendants, Jarrell Evans and Cedrick Adams, hereby certify that on this day, I electronically filed the foregoing with the Clerk of the Court using the ECF system which gave notification of the same to the following:

>Jim Waide, Esq.
>WAIDE & ASSOCIATE, P.A.
>P. O. Box 1357
>Tupelo, MS 38802-1357
>waide@waidelaw.com
>   *Attorney for Plaintiff*

This the 23rd day of September, 2022.

>/s/ Katelyn A. Riley
>OF COUNSEL