| CAPITAL MURDER | [97-3-19(2)(e)] |
|---|---|

STATE OF MISSISSIPPI
COUNTY OF WASHINGTON

Before me, _____, a Justice Court Judge in and for the _____ Supervisor's

District of said County and State, personally appeared **Inv. Cedric Adams** of said County who

makes oath, on information and belief, that in said district of said County, on or about the **19th**

day of **July**, 2017, one **Jessica Fryrear**, did willfully, unlawfully, and feloniously without authority of law and with design to effect death, did then and there kill and murder one Fredrick Formigoni, a human being, at a time when Jessica Fryrear was engaged in the crime of robbery by unlawfully, willfully and feloniously making an assault upon Fredrick Formigoni, then and there, by violence to the person of the said Fredrick Formigoni or by putting Fredrick Formigoni in fear of some injury to his person, and from the presence or from the person against the will of Fredrick Formigoni, did intentionally and feloniously steal, rob, seize, take and carry away money of the total and aggregate value of one dollar or more of the property of Fredrick Formigoni.

In violation of the statue in that behalf and against the peace and dignity of the State of Mississippi.

_____
(Affiant)

Sworn to and subscribed before me this the __30th__ day of __October__ , 2017.

_____
Justice Court ~~Judge~~

## PROBABLE CAUSE

On Wednesday, July 19, 2017, the Washington County Sheriff Office received a call for service at 1177 Metcalfe Road Metcalfe, MS. Once on scene Sgt. Gary Jones, Deputy Mitch Ramage, and Deputy Michael Davis approached the residence and checked two vehicles and two trailers that were in the front residence and all were clear. Deputy Mitch Ramage approached the carport door that was opened and found white male later identified as Fredrick Formigoni of 1177 Metcalfe Road, Metcalfe, MS sixty years of age, date of birth ███████ laying on his back just inside the door wearing a red t-shirt, dark blue jeans and brown sandals. Mr. Formigoni appeared to have been shot in the forehead in a pool of blood and was unresponsive. Mr.

Formigoni appeared to have only been shot once. Deputies then entered the home and made contact with white female Christy Moore of 1177 Metcalfe Road, Metcalfe, MS, who was standing in the living room very irate and crying. Washington County Coroner Methel Johnson came out to the scene and pronounced death of Mr. Formigoni. Ms. Moore stated at about 4am this morning she was in the bed sleep with her boyfriend Mr. Formigoni when she heard a knock at the carport door. Ms. Moore stated she tried to wake Mr. Formigoni up to answer the door but he didn't get up. Ms. Moore stated she got up out the bed and went to the door and looked out of the blind and saw an unknown light skinned black male wearing dark clothing standing outside the door. Ms. Moore stated the unknown black male said he ran out of gas and asked could he speak to the Mister. Ms. Moore stated she didn't recognize the black male and went got Mr. Formigoni up and told him someone was at the door. Ms. Moore stated Mr. Formigoni went to the door while she stayed in the bedroom and she could hear Mr. Formigoni talking to the man through the door. Ms. Moore stated she could hear Mr. Formigoni tell the man he didn't have a gas can but he will let him use his cell phone. Ms. Moore stated Mr. Formigoni came back into the bedroom and told her he didn't know the man and grabbed his cell phone and went back to the door to let the man use his phone. Ms. Moore stated she still was in the bedroom and could hear Mr. Formigoni open the door and the next thing she heard was a gunshot. Ms. Moore stated she ran into the bathroom that was inside of the bedroom. Ms. Moore stated she heard another gunshot and that's when she grabbed her cell phone from the bed and went back into the bathroom and called 911. Ms. Moore stated she didn't see nor hear anything from Mr. Formigoni at all. Ms. Moore stated she stayed inside the bathroom until Washington County Sheriff Deputies arrived.

On Friday, October 27, 2017, Sunflower County Chief Deputy Marvin Flowers contacted Inv. Jarrell Evans concerning white female April Miller of 102 Crooked Tree Lane, Leland, Ms who was wanting to talk with Washington County Sheriff Department Investigators. Inv. Jarrell Evans, Inv. Amber Holmes, and Inv. Cedric Adams traveled to Sunflower County Sheriff Department. Once at the Sunflower County Sheriff Department on 10/29/17 at approximately 5:20 p.m. Ms. Miller was read her Miranda rights and agreed to give a voluntary statement without the presence of an attorney. Ms. Miller stated on early Wednesday morning July 19, 2017, she along with G whose real name is Eugene Sanders, Bass whose real name is Roderick Payne, and Jessica Fryrear were all together riding in Eugene Sanders' father's grey Chevy Impala car. Ms. Miller stated Eugene was driving and they stopped by her cousin Floyd Whitaker's house on Reed Road in Greenville, MS. Ms. Miller stated she tried to get her cousin Floyd to go with them to rob Mr. Formigoni but she stated Mr. Whitaker refused to go. Ms. Miller admitted that she along with Roderick Payne, Eugene Sanders, and Jessica Fryrear planned to go to Mr. Formigoni's residence on Metcalfe Road and rob him. Ms. Miller stated they left Mr. Whitakers house and went to Mr. Formigoni's residence. Ms. Miller stated when they arrived Mr. Sanders parked the car on the road in front of the house. Ms. Miller stated Mr. Payne and Mr. Sanders got out the car and went up to the carport door. Ms. Miller stated Mr. Sanders had the gun and it was silver in color. Ms. Miller stated Mr. Payne didn't have a gun. Ms. Miller stated a few minutes later she heard a gunshot. Ms. Miller stated both men stayed at the house for about ten minutes and then came back and got back into the car. Ms. Miller stated Mr. Payne and Mr. Sanders didn't say anything; they just left Mr. Formigoni's residence. Ms. Miller stated they dropped her off at her cousin Floyd Whitakers house and she didn't know where everyone else went. Ms. Miller stated it was silence in the vehicle when they dropped her off. Ms. Miller stated she didn't know if Mr. Sanders or Mr. Payne got anything out of Mr.

EXHIBIT "B" - PROBABLE CAUSE AFFIDAVIT

Formigoni's house because they didn't have anything in their hands when they returned to the car. Ms. Miller stated she didn't know that Mr. Formigoni was dead until she heard about it on the news the next day.

24