**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

| | |
|---|---|
| **JESSICA FRYREAR** | **PLAINTIFF** |
| v. | **CIVIL ACTION NO.: 4:22-CV-112-MPM-DAS** |
| **WASHINGTON COUNTY, MISSISSIPPI** | |
| **JARRELL EVANS AND CEDRICK ADAMS,** | |
| in Their Individual Capacities for State Law | |
| Violations Only | **DEFENDANTS** |

**ENTRY OF APPEARANCE**

**NOW COMES** Bethany A. Tarpley of the firm Jacks Griffith Luciano, P.A., Cleveland, Mississippi, being a member in good standing of the Bar of the State of Mississippi and duly admitted to this Court, enters her appearance as counsel of record for Defendant Washington County, Mississippi.

**RESPECTFULLY SUBMITTED** this the 24th day of October, 2022.

            **JACKS GRIFFITH LUCIANO, P.A.**

         By: /s/ ***Bethany A. Tarpley***
            Bethany A. Tarpley, MS Bar No. 104134
            Attorney for Defendant Washington County, MS

Of Counsel:

**JACKS GRIFFITH LUCIANO, P.A.**
150 North Sharpe Avenue
P. O. Box 1209
Cleveland, MS 38732
Phone No. 662-843-6171
FAX No. 662-843-6176
Email: btarpley@jlpalaw.com

## **CERTIFICATE OF SERVICE**

  I, Bethany A. Tarpley, attorney of record for Defendant Washington County, Mississippi, do hereby certify that I have this day caused a true and correct copy of the above and foregoing *Entry of Appearance* to be delivered by the ECF Filing System which gave notice to the following:

    Jim Waide, Esq.
    Waide & Associates, P.A.
    Email: waide@waidelaw.com
    **Attorneys for Plaintiff**

    William Robert Allen, Esq.
    Allen, Allen, Breeland & Allen, PLLC
    Email: will.allen@aabalegal.com
    **Attorney for Jarrell Evans, Individually**

    Willie Griffin, Esq.
    Bailey & Griffin
    Email: wgriffinlawyer@aol.com
    **Attorney for Defendants**

  **DATED** this 24th day of October, 2022.

            /s/ ***Bethany A. Tarpley***
            Bethany A. Tarpley