IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**JESSICA FRYREAR**             **PLAINTIFF**

**v.**             **CIVIL ACTION NO.: 4:22-CV-112-MPM-DAS**

**WASHINGTON COUNTY, MISSISSIPPI**
**JARRELL EVANS AND CEDRICK ADAMS,**
**in Their Individual Capacities for State Law**
**Violations Only**             **DEFENDANTS**

### DEFENDANT WASHINGTON COUNTY, MISSISSIPPI'S
### MOTION FOR JUDGMENT ON THE PLEADINGS

**COMES NOW,** Defendant, Washington County, Mississippi, by and through counsel, respectfully files this its Motion for Judgment on the Pleadings and would show unto the Court the following:

1. Plaintiff, Jessica Fryrear's, Complaint against Washington County fails. It fails because there was probable cause to arrest and prosecute Jessica Fryrear solely on the word of her alleged co-conspirator, April Miller.

2. It also fails because Fryrear has not pleaded the necessary factual allegations to maintain a claim against the County.

3. It further fails because Fryrear cannot attempt to circumvent the fact that the County cannot be held vicariously liable for the actions of its employees by pleading that the Sheriff delegated final decision-making authority over this one (1) investigation to Defendants Evans and Adams.

4. Because of all this, this Court should dismiss this Complaint against Washington

County.

**BRIEFING:** As required by our local rules, an appropriate memorandum of supporting authority is being filed herewith.

**NOW, THEREFORE,** Defendant, Washington County, Mississippi respectfully prays the Court dismiss all claims made by Plaintiff in her Complaint.

**RESPECTFULLY SUBMITTED** this the 25th day of October, 2022.

                **JACKS GRIFFITH LUCIANO, P.A.**

                By: /s/ ***Bethany A. Tarpley***
                    Bethany A. Tarpley, MS Bar No. 104134
                    Arnold U. Luciano, MS Bar No. 99198
                    Daniel J. Griffith, MS Bar No. 8366
                    Attorneys for Defendant, Washington County, Mississippi

Of Counsel:

**JACKS GRIFFITH LUCIANO, P.A.**
150 North Sharpe Avenue
P. O. Box 1209
Cleveland, MS 38732
Telephone: 662-843-6171
Facsimile: 662-843-6176
Email: btarpley@jlpalaw.com
       aluciano@jlpalaw.com
       dgriffith@jlpalaw.com

## **CERTIFICATE OF SERVICE**

I, Bethany A. Tarpley, attorney of record for Defendant, Washington County, Mississippi, do hereby certify that I have this day caused a true and correct copy of the above and foregoing *Defendant Washington County, Mississippi's Motion for Judgment on the Pleadings* to be delivered by the ECF Filing System which gave notice to the following:

Jim Waide, Esq.
Waide & Associates, P.A.
P.O. Box 1357
Tupelo, MS 38802
Email: waide@waidelaw.com
**Attorneys for Plaintiff**

William Robert Allen, Esq.
Katelyn A. Riley, Esq.
Allen, Allen, Breeland & Allen, PLLC
P.O. Box 751
Brookhaven, MS 39602
Email: wallen@aabalegal.com
      kriley@aabalegal.com
**Attorneys for Jarrell Evans, Individually**

Willie Griffin, Esq.
Bailey & Griffin
P.O. Box 189
Greenville, MS 38702
Email: wgriffinlawyer@aol.com
**Attorney for Defendants**

**DATED** this 25th day of October, 2022.

                                  /s/ ***Bethany A. Tarpley***
                                  Bethany A. Tarpley