**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**JESSICA FRYREAR**                                                                                          **PLAINTIFF**

**v.**                                                          **CIVIL ACTION NO.: 4:22-CV-112-MPM-DAS**

**WASHINGTON COUNTY, MISSISSIPPI
JARRELL EVANS AND CEDRICK ADAMS,
in Their Individual Capacities for State Law
Violations Only**                                                                                          **DEFENDANTS**

## DEFENDANT WASHINGTON COUNTY, MISSISSIPPI'S MOTION TO STAY

**COMES NOW,** Defendant, Washington County, Mississippi, by and through counsel, and

respectfully moves this Court for a stay of this proceeding pending Defendant's Motion for Judgment

on the Pleadings **[Doc. 19]** and would state to the Court as follows, to-wit:

### I. BACKGROUND

Plaintiff Jessica Fryrear filed this lawsuit against Defendant Washington County.

Washington County has now answered **[Doc. 16]** and filed a Motion for Judgment on the Pleadings

**[Doc. 19]**.

### II. AUTHORITY

Defendant Washington County has moved to dismiss all the claims against it, including

Plaintiff's failure to state a claim under *Monell,* an immunity-based legal theory. A stay is proper

under *L. R.* 16(b)(3)(C) as the County has invoked an immunity-based defense. Moreover, a stay

now will save judicial resources and time and un-necessary legal expense, as this matter may fully

be resolved on this motion without the need for discovery. For this additional reason, a stay in this

matter is appropriate.

1

**WHEREFORE, DEFENDANT RESPECTFULLY PRAYS** that the Court stay this proceeding pending Defendant's Motion for Judgment on the Pleadings **[Doc. 19]**.

**RESPECTFULLY SUBMITTED** this the 25th day of October, 2022.

**JACKS GRIFFITH LUCIANO, P.A.**

By: /s/ ***Bethany A. Tarpley***
        Bethany A. Tarpley, MS Bar No. 104134
        Arnold U. Luciano, MS Bar No. 99198
        Daniel J. Griffith, MS Bar No. 8366
        Attorneys for Defendant, Washington County, Mississippi

Of Counsel:

**JACKS GRIFFITH LUCIANO, P.A.**
150 North Sharpe Avenue
P. O. Box 1209
Cleveland, MS 38732
Telephone: 662-843-6171
Facsimile: 662-843-6176
Email: btarpley@jlpalaw.com
      aluciano@jlpalaw.com
      dgriffith@jlpalaw.com

2

## CERTIFICATE OF SERVICE

I, Bethany A. Tarpley, attorney of record for Defendant, Washington County, Mississippi, do hereby certify that I have this day caused a true and correct copy of the above and foregoing *Defendant Washington County, Mississippi's Motion to Stay* to be delivered by the ECF Filing System which gave notice to the following:

Jim Waide, Esq.
Waide & Associates, P.A.
P.O. Box 1357
Tupelo, MS 38802
Email: waide@waidelaw.com
**Attorneys for Plaintiff**

William Robert Allen, Esq.
Katelyn A. Riley, Esq.
Allen, Allen, Breeland & Allen, PLLC
P.O. Box 751
Brookhaven, MS 39602
Email: wallen@aabalegal.com
      kriley@aabalegal.com
**Attorneys for Jarrell Evans, Individually**

Willie Griffin, Esq.
Bailey & Griffin
P.O. Box 189
Greenville, MS 38702
Email: wgriffinlawyer@aol.com
**Attorney for Defendants**

**DATED** this 25th day of October, 2022.

/s/ ***Bethany A. Tarpley***
Bethany A. Tarpley