IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**JESSICA FRYREAR**                                                      **PLAINTIFF**

**V.**                                                              **NO: 4:22-CV-112**

**WASHINGTON COUNTY, MISSISSIPPI,**                     **DEFENDANT**
et al.

### ORDER GRANTING PLAINTIFF'S
### UNOPPOSED MOTIONS FOR EXTENSION OF TIME

Before the Court is Plaintiff's Unopposed Motion for Extension of Time to File Her Responses in Opposition to Defendant Washington County, Mississippi's Motion to Stay and Motion for Judgment on the Pleadings. [23]. Seeing no opposition from Defendants, and finding good cause shown, it is hereby **ORDERED** that Plaintiff's Motion for Extension of Time [23] is **GRANTED**. The deadline for Plaintiff to file her responses to Defendant's Motion to Stay and Motion for Judgment on the Pleadings is extended to and includes November 22, 2022.

**SO ORDERED AND ADJUDGED**, this the 8th day of November, 2022.

                                                       **/s/ Michael P. Mills**
                                                       **UNITED STATES DISTRICT JUDGE**
                                                       **NORTHERN DISTRICT OF MISSISSIPPI**