**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**JESSICA FRYREAR**                                                              **PLAINTIFF**

**VS.**                                              **CAUSE NO.  4:22-cv-00112-MPM-DAS**

**WASHINGTON COUNTY, MISSISSIPPI,
JARRELL EVANS and CEDRICK ADAMS,**
**in Their Individual Capacities for State Law**
**Violations Only**                                                            **DEFENDANTS**

---

**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT WASHINGTON
COUNTY, MISSISSIPPI'S MOTION TO STAY [21]**

---

Plaintiff Jessica Fryrear files this her Response in Opposition to Defendant Washington County, Mississippi's Motion to Stay [21]:

1.      A stay is not appropriate for the reasons stated in Plaintiff's Memorandum Brief in Opposition to Motion to Stay, which is being filed simultaneously herewith.

2.      This Response is supported by the Excerpts of Trial Testimony of April Miller in the case styled *State v. Fryrear, et al.*, Washington County Circuit Court No. 2019-0061, attached hereto as Exhibit "A."

3.      This Response is also supported by the Amended Petition to Enter Plea of Guilty Plea in *State v. Miller*, Washington County Circuit Court No. 2019-0061, attached hereto as Exhibit "B."

4.      A brief in opposition to Defendant County's Motion to Stay is being filed simultaneously herewith.

RESPECTFULLY SUBMITTED, this the 22nd day of November, 2022.

JESSICA FRYREAR, Plaintiff

By:     */s/ Jim Waide* _____
Jim Waide, MS Bar No. 6857
waide@waidelaw.com
WAIDE & ASSOCIATES, P.A.
332 North Spring Street
Tupelo, MS  38804-3955
Post Office Box 1357
Tupelo, MS  38802-1357
(662) 842-7324 / Telephone
(662) 842-8056 / Facsimile

ATTORNEY FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

This will certify that undersigned counsel for Plaintiff has this day filed the above and foregoing with the Clerk of the Court, utilizing the federal court electronic case data filing system (CM/ECF), which sent notification of such filing to the following:

Arnulfo Ursua Luciano, Esq.
aluciano@jlpalaw.com
lajan@jlpalaw.com
mhankins@jlpalaw.com
vsmith@jlpalaw.com

Bethany A. Tarpley, Esq.
btarpley@jlpalaw.com
dlivingston@jlpalaw.com
vsmith@jlpalaw.com

Daniel J. Griffith, Esq.
dgriffith@jlpalaw.com
aluciano@jlpalaw.com
lajan@jlpalaw.com
vsmith@jlpalaw.com

Katelyn Adele Riley, Esq.
kriley@aabalegal.com
vpeden@aabalegal.com

Willie Griffin, Esq.
wgriffinlawyer@AOL.com
cpdavenport@suddenlinkmail.com
pmcgeebaileygriffinlaw@gmail.com
sjhemphill@suddenlinkmail.com

DATED, this the 22nd day of November, 2022.


/s/ Jim Waide
Jim Waide