# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**JESSICA FRYREAR**                                                             **PLAINTIFF**

**V.**                                     **NO: 4:22-CV-112**

**WASHINGTON COUNTY, MISSISSIPPI,**                  **DEFENDANT**
**et al.**

## ORDER GRANTING DEFENDANT'S
## UNOPPOSED MOTIONS FOR EXTENSION OF TIME

      Before the Court is Defendant's Unopposed Motion for Extension of Time to file its Reply to Plaintiff's Response to Defendant's Motion to Stay and Motion for Judgment on the Pleadings. [29]. Seeing no opposition from Plaintiff, and finding good cause shown, it is hereby **ORDERED** that Defendant's Motion for Extension of Time [29] is **GRANTED**. The deadline for Defendant to file its Reply to Plaintiff's Response to Defendant's Motion to Stay and Motion for Judgment on the Pleadings is extended to and includes December 13, 2022.

      **SO ORDERED AND ADJUDGED**, this the 28th day of November, 2022.

                                                   **/s/ Michael P. Mills**
                                                   **UNITED STATES DISTRICT JUDGE**
                                                   **NORTHERN DISTRICT OF MISSISSIPPI**