# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**JESSICA FRYREAR**                                                                                 **PLAINTIFF**

**VS.**                                           **CAUSE NO. 4:22-CV-112-MPM-DAS**

**WASHINGTON COUNTY, MISSISSIPPI,**
**JARRELL EVANS and CEDRICK ADAMS,**
in Their Individual Capacities for State Law
Violations Only                                                   **DEFENDANTS**

---

## NOTICE OF ATTORNEY APPEARANCE

---

PLEASE TAKE NOTICE that Attorney Yance Falkner of the law firm of Waide & Associates, P.A., 332 North Spring Street, Post Office Box 1357, Tupelo, MS 38802-1357, hereby enters his appearance as additional counsel to represent the interests of Plaintiff Jessica Fryrear in the above-referenced matter.

The undersigned requests that his name be placed on the mailing matrix and that all motions, notices, pleadings, and discovery documents in this matter be served on him as attorney of record for Plaintiff Jessica Fryrear.

RESPECTFULLY SUBMITTED, this the 27th day of September, 2023.

                                                JESSICA FRYREAR, Plaintiff

                            By:    */s/ Yance Falkner*
                                     Yance Falkner, MS Bar No. 106107
                                     yfalkner@waidelaw.com
                                     WAIDE & ASSOCIATES, P.A.
                                     332 North Spring Street
                                     Tupelo, MS 38804-3955
                                     Post Office Box 1357
                                     Tupelo, MS 38802-1357

(662) 842-7324 / Telephone
(662) 842-8056 / Facsimile

Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

This will certify that undersigned counsel for Plaintiff has this day filed the above and foregoing with the Clerk of the Court, utilizing the federal court electronic case data filing system (CM/ECF), which sent notification of such filing to the following:

Arnulfo Ursua Luciano, Esq.
aluciano@jlpalaw.com
lajan@jlpalaw.com
mhankins@jlpalaw.com
vsmith@jlpalaw.com

Bethany A. Tarpley, Esq.
btarpley@jlpalaw.com
dlivingston@jlpalaw.com
vsmith@jlpalaw.com

Daniel J. Griffith, Esq.
dgriffith@jlpalaw.com
aluciano@jlpalaw.com
lajan@jlpalaw.com
vsmith@jlpalaw.com

Katelyn Adele Riley, Esq.
kriley@aabalegal.com
vpeden@aabalegal.com

Willie Griffin, Esq.
wgriffinlawyer@AOL.com
cpdavenport@suddenlinkmail.com
pmcgeebaileygriffinlaw@gmail.com
sjhemphill@suddenlinkmail.com

THIS, the 27th day of September, 2023.

                                                 */s/ Yance Falkner*
                                                 Yance Falkner