IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**JESSICA FRYREAR**                                                                              **PLAINTIFF**

v.                                    **CIVIL ACTION NO. 4:22-CV-112-MPM-DAS**

**WASHINGTON COUNTY, MISSISSIPPI,**
**JARRELL EVANS AND CEDRICK ADAMS,**
**IN THEIR INDIVIDUAL CAPACITIES FOR**
**STATE LAW VIOLATIONS ONLY**                               **DEFENDANTS**

## ORDER LIFTING STAY

On January 4, 2023, the court stayed the attorney conference, disclosure requirements, and all discovery pending an order on the Defendant Washington County's motion for judgment on the pleadings. Docket 34. On September 26, 2023, the court denied the motion. Docket 42. Accordingly, it is **ORDERED** that the stay in this case is lifted. A case management conference will be set by further notice.

This the 27th day of September, 2023.

                                                         /s/ David A. Sanders
                                                         **UNITED STATES MAGISTRATE JUDGE**